**Electronically Filed
Supreme Court
SCPW-24-0000781
19-FEB-2025
10:40 AM
Dkt. 11 ODDP**

SCPW-24-0000781

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

SUSAN E. SHAW, Petitioner,

vs.

THE HONORABLE FA‘AUUGA L. TO‘OTO‘O,
Judge of the Circuit Court of the First Circuit,
State of Hawai‘i, Respondent Judge,

and

STATE OF HAWAI‘I, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-23-0000028)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed on November 19, 2024, the answer filed on February 4, 2025, and the record, the Respondent Judge has since acted on the pending Hawai‘i Rules of Penal Procedure Rule 40 petition for post-conviction relief.

It is ordered that the petition for writ of mandamus is denied as moot.

DATED:  Honolulu, Hawai'i, February 19, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens